Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Cheryl Sheppard

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL SHEPPARD,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>Defendants. | Case No.: 2:18-cv-01127-MCE-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Credit One Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims

IT IS SO ORDERED.

Dated: October 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE