Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Cheryl Sheppard

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL SHEPPARD,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>  Defendant. | Case No.: 2:18-cv-01127-MCE-AC<br><br>**ORDER** |

In accordance with the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, Defendant Experian Information Solutions, Inc. is hereby dismissed from this action, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE